RECEIVED

JAN - 2 2009

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TERRELL BARKER<br>LDOC #335456 | CIVIL ACTION NO. 6:08-01526 |
| VERSUS | JUDGE DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED WITHOUT PREJUDICE because petitioner has failed to exhaust available state court remedies.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 2nd day of January, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE